# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KLAUSNER LUMBER TWO LLC<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 20-11518 (KBO)<br><br><br>Obj. Deadline: October 13, 2020 at 4:00 p.m. (ET) |

**NOTICE OF FIRST MONTHLY FEE APPLICATION OF WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP, AS BANKRUPTCY CO-COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF MONTHLY COMPENSATION AND FOR MONTHLY REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD
JUNE 10, 2020 THROUGH JUNE 30, 2020**

PLEASE TAKE NOTICE that today, Morris, Nichols, Arsht & Tunnell LLP as co-counsel to the Debtor in the above-captioned case, filed the attached **First Monthly Fee Application of Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, as Bankruptcy Co-Counsel for the Debtor and Debtor in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 10, 2020 Through June 30, 2020** (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application, must: (a) be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, by **October 13, 2020, at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (b) be served so as to be received on or before the Objection Deadline by:

i. the Debtor: Klausner Lumber Two LLC, Attn: David Black 107 Millcreek Corners, STE B, Brandon, MS 39047;

ii. co-counsel for the Debtor: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, Wilmington, Delaware 19801 (Attn: Robert J. Dehney, rdehney@mnat.com; Eric D. Schwartz, eschwartz@mnat.com; Daniel B. Butz, dbutz@mnat.com; and Nader A. Amer, namer@mnat.com); Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, 1201 RXR Plaza, Uniondale New York 11556 (Attn: Thomas A. Draghi, tdraghi@westermanllp.com; Alison M. Ladd, aladd@westermanllp.com);

iii. counsel to the Creditors' Committee: Elliott Greenleaf, P.C., 1105 Market Street,

---

[1] The last four digits of the Debtor's federal EIN are 4897. The Debtor's mailing address is Klausner Lumber Two LLC, P.O. Box C, Redding Ridge, CT 06876

      Suite 1700, Wilmington, Delaware 19801, Attn: Eric M. Sutty, ems@elliottgreenleaf.com; and

iv. <u>the Office of the United States Trustee</u>: J. Caleb Boggs Federal Building, 844 N. King Street, Room 2207, Lockbox 35, Wilmington, DE 19801. (Attn: Rosa Sierra, Esq., rosa.sierra@usdoj.gov).

      A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT, AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2020
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/Nader A. Amer*
Robert J. Dehney (No. 3578)
Eric D. Schwartz (No. 3134)
Daniel B. Butz (Bar No. 4227)
Nader A. Amer (Bar No. 6635)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dbutz@mnat.com
      namer@mnat.com

*Counsel for Debtor and Debtor in Possession*