<u>**EXHIBIT A**</u>

**COMPENSATION BY PROJECT CATEGORY**

**KLAUSNER LUMBER TWO LLC**
**(Case No. 20-11518 (KBO))**

**June 10, 2020 through June 30, 2020**

# WESTERMAN BALL EDERER
# MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 - Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To:  Case Administration
Invoice #   148716
Client No.   10096-0001

For Professional Services:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/18/2020 | TAD | Review documents assembled by Debtor and Asgaard in response to US Trustee's requests for IDI (.4); call with Debtor team to discuss worklist and status of pending matters (.2); calls with B. Prusak to discuss matters concerning case administration (3). | 0.90 | 562.50 |
| 6/19/2020 | TAD | Discuss revising worklist and review same with A. Ladd in advance of group call (.5); call with B. Pruzak and Debtor team reviewing worklist, timing and tasks (1.1); communicate with R. Sierra re matters in case (2); communications with B. Prusak re scheduling, matters at plan and matters concerning case administration (.6). | 2.40 | 1,500.00 |
|  | AML | Updates to worklist (.60); daily status call (1.20); attention to emails with UST re: IDI requests and related information (.30) | 2.30 | 1,035.00 |
| 6/22/2020 | TAD | Call with R. Sierra of US Trustee re committee, County and other matters in case (.1); call with R. Prusak to review status of all matters (.2). | 0.30 | 187.50 |
| 6/23/2020 | MMH | Attend to matters re US Trustee inquiries. | 0.60 | 345.00 |
|  | TAD | Call with Debtor team re worklist and addressing tasks (.2); emails with R. Prusak re various matters, including bank accounts, retention, County and other matters (.4); call with R. Prusak to review matters in case (.2). | 1.00 | 625.00 |
| 6/24/2020 | TAD | Emails and follow up with US Trustee re IDI, committee formation and other matters. | 0.30 | 187.50 |
| 6/26/2020 | TAD | Review emails and follow up with Asgaard and D. Butz re matters concerning IDI and budget. | 0.30 | 187.50 |
| 6/29/2020 | TAD | Review emails on various matters concerning case administration (.3); follow up re scheduling omnibus hearing (.1). | 0.40 | 250.00 |

Westerman Ball Ederer Miller Zucker & Sharfstein, LLP                                   Page      2

|  |  |  |
|---|---|---|
| For professional services rendered | 8.50 | $4,880.00 |
| Total amount of this bill | | $4,880.00 |
| Balance due | | $4,880.00 |

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days

# WESTERMAN BALL EDERER
# MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 - Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To:  Correspondence
Invoice #    148717
Client No.    10096-0001.1

For Professional Services:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/11/2020 | JW | Follow-up emails TD re: status | 0.50 | 325.00 |
|  | MMH | Follow up with Debtor discussions on filing, D&O insurance, next steps. | 0.80 | 460.00 |
|  | TAD | Call with Debtor team to discuss filing and next steps (.4); communicate with Dan Motulsky, re his engagement as independent director and selection of conflicts counsel (.2); emails and follow up re D&O insurance (.2); communications with A. Ladd, D. Butz, E. Schwarz and Debtor re work list and other matters in case (.4). | 1.20 | 750.00 |
|  | AML | Daily status call (.5) | 0.50 | 225.00 |
|  | AML | Review various documents and draft team work list and pending matters (1.2) | 1.20 | 540.00 |
|  | AML | Email D. Butz re: pro hac applications. | 0.10 | 45.00 |
| 6/14/2020 | MMH | Prepare for and attend conference with TAD regarding status and next steps. | 0.80 | 460.00 |
|  | TAD | Telephone call with Bob Prusak, members of Asgaard, Cypress, Bryan Cave and M. Hennessy re sale, DIP, County and other matters (1.8); call with M. Hennessy to review work list and timing of tasks for Westerman Ball (.5); call with Liran Gordon of Asgaard re tasks raised on group call (.3); review emails with D. Motulsky re matters in case, including director engagement (.3); communicate with D. Gold and E. Schwartz re corporate matters (.2). | 3.10 | 1,937.50 |
| 6/16/2020 | TAD | Call among Debtor team re status of matters (.2); review and revise letter to landlord of Apartments re access (.3); discuss letter and related matters with Bob Prusak (.3); follow up re closing bank accounts (.4). | 0.90 | 562.50 |

Westerman Ball Ederer Miller Zucker & Sharfstein, LLP                                      Page      2

| | | | | |
|---|---|---|---|---|
| | AML | Daily status call (.5); emails with MMH and TAD re: extension of time to file schedules (.20); emails re: apartment access (.20); review letter re: same (.10); emails with Wells Fargo re: closing bank accounts (.30); draft authorization letter re: same (.60); emails with B. Prusak and C.Reardon re: same (.20); emailL.Stephan re: same (.30) | 2.40 | 1,080.00 |
| 6/18/2020 | TAD | Review email with counsel to EB-5 investors and follow up re same. | 0.20 | 125.00 |
| | AML | Status call (.30); email C. Reardon re: Wells authorization letter (.10) | 0.40 | 180.00 |
| | AML | Email C. Reardon re: Wells authorization letter (.10) | 0.10 | 45.00 |
| 6/22/2020 | MMH | Review communications and email creditors list  to Donlin Recano. | 0.40 | 230.00 |
| | TAD | Review emails and documents from Kop Coat and calls re same (.3); review emails with EB-5 counsel and follow up re same (.2). | 0.50 | 312.50 |
| | PSH | Emails with Amal Haque and Ali Ladd re Piedmont. | 0.50 | 162.50 |
| 6/23/2020 | AML | Review executed Wells authorization letter (.10); attention to follow-up emails with Wells, B. Prusak re: same (.30); group status call (.20); emails with D. Butz re: county settlement issues (.20) | 0.80 | 360.00 |
| 6/24/2020 | AML | Emails with D. Black re: bank account statements (.30) | 0.30 | 135.00 |
| 6/26/2020 | AML | Attention to emails with D. Black re: Wells checks (.20); emails with B. Prusak re: closed accounts and funds (.20); daily status call (.10) | 0.50 | 225.00 |
| | | For professional services rendered | 15.20 | $8,160.00 |
| | | Total amount of this bill | | $8,160.00 |
| | | Balance due | | $8,160.00 |

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days

# WESTERMAN BALL EDERER
# MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 - Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To:  Financing
Invoice #     148718
Client No.    10096-0001.2

For Professional Services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/12/2020 | TAD | Discussions with Debtor, A. Ladd and Asgaard team re information required for sale process, schedules, DIP financing and other matters in case (1.1); review client documents re the foregoing (.9); review and provide comments to Prusak declaration in support of filing (.9); communicate with M. Duedall re same (.3); review emails with US Trustee re scheduling (.1). | 3.30 | 2,062.50 |
| 6/14/2020 | TAD | Review emails and communicate with M. Duedall, Leah Fiorenza McNeill, B. Prusak re matters with County and DIP Loan (.4); review and follow up re revising budget (.4); review emails with potential DIP lenders (.4). | 1.20 | 750.00 |
| 6/15/2020 | TAD | Review emails re communications with County concerning DIP budget and subordination (.3); review emails and discussions with Debtor Team re potential DIP Lender (.4). | 0.70 | 437.50 |
| 6/16/2020 | MMH | Communications with Debtor re data room access (.4); review materials online, draft list of loan documents (.7); follow up edits to form of DIP motion (.7). | 1.80 | 1,035.00 |
| 6/17/2020 | TAD | Review emails with County re DIP financing and related matters (.3); communicate with Asgaard, Bob Prusak, D. Butz, E. Schwartz re negotiations and strategy (.9); emails with potential DIP lender (.1). | 1.30 | 812.50 |
| 6/18/2020 | MMH | Follow up with Prusak re DIP question, access issues (.4); follow up service regarding apartment access (.2). | 0.60 | 345.00 |
| 6/21/2020 | TAD | Emails with C. Reardon re potential DIP loan. | 0.20 | 125.00 |
| 6/23/2020 | AML | Attention to email re: loan documents and review same (.40); email MMH re: same (.10) email Cypress re: original construction loan agreement (.20) | 0.70 | 315.00 |

Westerman Ball Ederer Miller Zucker & Sharfstein, LLP                                        Page        2

| | | | | |
|---|---|---|---|---|
| 6/30/2020 | MMH | Discussions with CRO re DIP Loan (.4); review and analysis of draft term sheet (.4). | 0.80 | 460.00 |
| | | For professional services rendered | 10.60 | $6,342.50 |
| | | Total amount of this bill | | $6,342.50 |
| | | Balance due | | $6,342.50 |

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days

# WESTERMAN BALL EDERER
# MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 - Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To:  Asset Sales
Invoice #    148719
Client No.    10096-0001.3

For Professional Services:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/13/2020 | MMH | Review emails, docket pleadings re form of APA. | 0.40 | 230.00 |
|  | TAD | Review documents and follow up with Debtor re matters concerning sale process (.6); discussion with J. Hoffman re same (.3); review emails with potential bidders and communicate with Cypress re same (.4). | 1.30 | 812.50 |
| 6/18/2020 | TAD | Discuss preparing Atkins declaration in support of sale with W. Vita (.4); call with potential bidder, B. Prusak, JT Atkins re status (.5); review information being provided by Cypress (.3). | 1.20 | 750.00 |
|  | JMH | Review economic development agreement and related documents (1.2); communication with Debtor re: same (.4). | 1.60 | 952.00 |
| 6/19/2020 | TAD | Emails with interested party and forward them to Cypress (.2); discussions with D. Butz and B. Prusak re sale items at Apartments, containers and other items (.4); review emails from potential purchasers and communications with JT Atkins and B. Prusak re same (.7). | 1.30 | 812.50 |
| 6/21/2020 | TAD | Emails with R. Prusak re sale of assets, timing and procedure (.3). | 0.30 | 187.50 |
| 6/23/2020 | MMH | Communications with Debtor re summary of loan documents. | 0.80 | 460.00 |
| 6/24/2020 | TAD | Emails and follow up re potential DIP loans. | 0.20 | 125.00 |
| 6/25/2020 | MMH | Review and circulate form APA schedules to CRO. | 0.80 | 460.00 |
| 6/30/2020 | TAD | Calls with B. Prusak re County and issues concerning sale process, UCC and other matters in case. | 0.40 | 250.00 |
|  | TAD | Communications with B. Prusak and JT Atkins re sale process. | 0.50 | 312.50 |

Westerman Ball Ederer Miller Zucker & Sharfstein, LLP                    Page      2

| For professional services rendered | 8.80 | $5,352.00 |
|---|---|---|
| Total amount of this bill | | $5,352.00 |
| Balance due | | $5,352.00 |

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days

# WESTERMAN BALL EDERER
# MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 - Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To:  Retentions
Invoice #    148720
Client No.    10096-0001.4

For Professional Services:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/10/2020 | JW | Meeting with MH re pending matters (.4); review emails (.2); follow-up re all matters (.4) | 1.00 | 650.00 |
| 6/17/2020 | TAD | Prepare email to D. Motulsky re retention of conflicts counsel, and follow up re scheduling interviews re same. | 0.40 | 250.00 |
| 6/18/2020 | MMH | Prepare and circulate list of questions for conflicts counsel. | 0.80 | 460.00 |
|  | TAD | Emails with D. Motulsky re interview process for conflict's counsel (.2); follow up re retention of EB-5 counsel (.2). | 0.40 | 250.00 |
| 6/19/2020 | TAD | Review and revise list of interested parties for conflict's check purposes (.4); communications with potential candidates for conflict's counsel (.3); communicate with D. Motulsky re same (.2). | 0.90 | 562.50 |
| 6/21/2020 | TAD | Communicate with candidates for conflicts counsel and scheduling interviews. | 0.30 | 187.50 |
|  | TAD | Communicate with M. Duedall re supplemental declaration for retention of professionals and follow up re same. | 0.30 | 187.50 |
| 6/22/2020 | TAD | Call with D. Motulsky re interviewing candidates for conflicts counsel (.1); email to D. Motulsky and coordinate (.2); review documents and follow up re DRC retention (.2). | 0.50 | 312.50 |
| 6/23/2020 | TAD | Call with D. Motulsky and Kathy Miller re potential retention as conflicts counsel (.5); follow up call with D. Motulsky (.2). | 0.70 | 437.50 |
| 6/24/2020 | MMH | Attend to matters re preparation of retention documents, declaration. | 2.80 | 1,610.00 |
|  | TAD | Interview potential candidate with D. Motulsky for conflicts counsel (.5); follow up call with D. Motulsky re same (.2); emails with potential | 0.80 | 500.00 |

Westerman Ball Ederer Miller Zucker & Sharfstein, LLP                                    Page    2

| | | | | |
|---|---|---|---|---|
| | | counsel (.1); review emails re scheduling with EB-5 counsel interviews (.1). | | |
| 6/25/2020 | MMH | Review MNAT form retention, Prusak declaration and related documents (.4); prepare draft retention documents and related declarations/pleadings (3.0); follow up discussions and edits to same (.6); circulate additional materials re conflicts search (.4). | 4.40 | 2,530.00 |
| | TAD | Telephone call with Kim Martin Lewis re engagement and case status (.3); review and revise Westerman Ball retention application, declarations and other supporting documents (1.1); calls with D. Butz re retention documents (.3); communicate with B. Prusak and Debtor team re selection of Kim Martin Lewis as conflicts counsel, and follow up re same (.2). | 1.90 | 1,187.50 |
| 6/26/2020 | MMH | Edits and revise, circulate retention materials. | 0.80 | 460.00 |
| | | For professional services rendered | 16.00 | $9,585.00 |
| | | Total amount of this bill | | $9,585.00 |
| | | Balance due | | $9,585.00 |

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days

# WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 - Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To:  Claims
Invoice #    148721
Client No.   10096-0001.5

| | |
|---|---:|
| Total amount of this bill | $0.00 |
| Balance due | $0.00 |

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days

# WESTERMAN BALL EDERER
# MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 - Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To:  Executory Contracts and Leases
Invoice #    148722
Client No.    10096-0001.6

For Professional Services:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/12/2020 | MMH | Follow up conference with Debtor re: executory contracts. | 0.50 | 287.50 |
| 6/15/2020 | MMH | Communications with Debtor regarding Kalmar leases, review materials for same. | 0.80 | 460.00 |
|  | TAD | Emails and follow up re Apartment leases and auto leases. | 0.40 | 250.00 |
| 6/16/2020 | TAD | Emails with counsel to Deutsche Leasing re equipment (.1); communicate with D. Butz and M. Duedall re data rooms (.1). | 0.20 | 125.00 |
| 6/23/2020 | AML | Emails with D. Butz and B. Prusak re: equipment lease issues (.20) | 0.20 | 90.00 |
| 6/29/2020 | TAD | Review and follow up with matters re lease rejection motion. | 0.30 | 187.50 |
| 6/30/2020 | MMH | Follow up discussion with CRO re leases and next steps. | 0.40 | 230.00 |
|  |  | For professional services rendered | 2.80 | $1,630.00 |
|  |  | Total amount of this bill |  | $1,630.00 |
|  |  | Balance due |  | $1,630.00 |

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days

# WESTERMAN BALL EDERER
# MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 - Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To: Litigation
Invoice #    148723
Client No.    10096-0001.7

For Professional Services:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/10/2020 | WEV | Telephone conference with CRO & other attorneys re: further action. | 0.20 | 115.00 |
|  | WEV | Review Bill of Sale for Equipment re: Prusat Declaration. | 0.10 | 57.50 |
| 6/11/2020 | WEV | Conference call with debtor professionals re: strategy. | 0.40 | 230.00 |
|  | WEV | Review list of unsecured creditors for further action. | 0.20 | 115.00 |
|  | WEV | Review material re: Prusak Declaration. | 0.20 | 115.00 |
| 6/12/2020 | WEV | Review upcoming work assignments. | 0.10 | 57.50 |
|  | WEV | Review Duedall edits to Prusak Deal. | 0.40 | 230.00 |
|  | WEV | Review/reply to emails from Duedall re: Prusak Declaration. | 0.40 | 230.00 |
|  | WEV | Review/reply to email from Prusak re: Declaration. | 0.50 | 287.50 |
|  | WEV | Revise and finalize Prusak Declaration. | 1.90 | 1,092.50 |
|  | WEV | Review/reply to email from L. Fiorenza re: Declaration. | 0.20 | 115.00 |
|  | WEV | Telephone conference with Bob P, Mark D & other debtor counsel. | 0.40 | 230.00 |
|  | WEV | Prepare email to Dan B. re: Declaration. | 0.10 | 57.50 |
|  | WEV | Review emails from TD & MD re: Declaration. | 0.20 | 115.00 |
| 6/15/2020 | TAD | Provide NDA to M. Duedall for negotiations with County (.1); review email from L. McNeill re County negotiations and follow up re same (.3);. | 0.40 | 250.00 |
|  | WEV | Review/reply to emails from Prusak re: Declaration. | 0.30 | 172.50 |

Westerman Ball Ederer Miller Zucker & Sharfstein, LLP                                      Page      2

| | | | | |
|---|---|---|---|---|
| | WEV | Review Declaration re: further action. | 0.40 | 230.00 |
| | WEV | Prepare email to D. Butz re: file Declaration. | 0.10 | 57.50 |
| | WEV | Telephone conference with TD and team of professionals. | 0.70 | 402.50 |
| | WEV | Review emails from TD & CR re: D. Motulsky - indep. dir. | 0.10 | 57.50 |
| 6/18/2020 | WEV | Review/reply to email from TD re: Atkins Declaration. | 0.20 | 115.00 |
| 6/19/2020 | TAD | Review notice re D&T Processing and hearing on state court litigation, and follow up re same (.3); discuss WARN Act lawsuits in Florida and KL1 case with B. Prusak and W. Vita (.4). | 0.70 | 437.50 |
| | WEV | Revise Atkins Declaration in Supp. of Loan & Sale Motions. | 0.70 | 402.50 |
| | WEV | Review material for preparation of Atkins Declaration. | 0.40 | 230.00 |
| | AML | Review notice re: hearing on summary judgment hearing (.10); attention to email with TAD and MMH re:same (.10) | 0.20 | 90.00 |
| 6/20/2020 | TAD | Discuss County negotiations with C. Reardon (.6); emails with Debtor team re same and next steps (.3). | 0.90 | 562.50 |
| 6/22/2020 | MMH | Review materials, prepare letter re automatic stay (.8); various communications with local NC counsel re same (4). | 1.20 | 690.00 |
| | TAD | Call with B. Prusak, Asgaard members, and M. Duedall re County negotiations, litigation and strategy (1.0); review letter and follow up re stay of D&T Process (.2). | 1.20 | 750.00 |
| | WEV | Review mterial re: Atkins Declaration. | 0.10 | 57.50 |
| | WEV | Revise Atkins Declaration. | 0.30 | 172.50 |
| | WEV | Prepare email to TD re: Atkins Declaration. | 0.10 | 57.50 |
| | WEV | Review ECF re: Omnibus Hearing. | 0.10 | 57.50 |
| 6/24/2020 | TAD | Email B. Prusak re WARN Act plaintiffs and commencing suit in KL2 case (.1); discussions with W. Vita and follow up with plaintiffs' counsel re same (.4). | 0.50 | 312.50 |
| | WEV | Review email from R. Prusak re: WARN Complaint. | 0.10 | 57.50 |
| 6/25/2020 | AML | Review D&J Processing complaint (.20); emails with D. Butz and MMH re: same (.30); review Greenline complaint (.60); email D. Butz re: same (.20) | 1.30 | 585.00 |
| 6/26/2020 | TAD | Call with Debtor team to discuss status of matters with County. | 0.10 | 62.50 |
| 6/29/2020 | TAD | Review email involving EB-5 investors and action in State Court (.1); call with Bob Prusak re County litigation and follow up with W. Vita re same (.3). | 0.40 | 250.00 |

Westerman Ball Ederer Miller Zucker & Sharfstein, LLP                                    Page      3

|            |     |                                                                                                                                                    |       |            |
| ---------- | --- | -------------------------------------------------------------------------------------------------------------------------------------------------- | ----- | ---------- |
|            | WEV | Review/reply to email from TD re: litigation with county.                                                                                          | 0.20  | 115.00     |
|            | WEV | Review material re: county and possible litigation.                                                                                                 | 0.20  | 115.00     |
| 6/30/2020  | TAD | Research and review legal issues concerning County actions vis-a-vis property (.9); review complaint and TRO in State Court action against Prepetition Lender (.4). | 1.30  | 812.50     |
|            | WEV | Review material re: potential action against County.                                                                                                | 0.30  | 172.50     |
|            | JAI | Review materials in connection with potential litigation involving County.                                                                          | 1.00  | 275.00     |
|            |     | For professional services rendered                                                                                                                 | 18.80 | $10,597.50 |
|            |     | Total amount of this bill                                                                                                                           |       | $10,597.50 |
|            |     | Balance due                                                                                                                                        |       | $10,597.50 |

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days

# WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 - Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To: Professional Fees
Invoice #    148724
Client No.    10096-0001.8

| | |
|---|---|
| Total amount of this bill | $0.00 |
| Balance due | $0.00 |

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days

# WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 - Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To:  Disclosure Statement/Plan
Invoice #    148725
Client No.   10096-0001.9

|  |  |
|---|---|
| Total amount of this bill | $0.00 |
| Balance due | $0.00 |

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days

# WESTERMAN BALL EDERER
# MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 – Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To:  Motions and Pleadings
Invoice #    148726
Client No.   10096-001.10

For Professional Services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/10/2020 | TAD | Review and revise declaration in support of bankruptcy filings (2.2); review client documents re background for same and other filings (1.8); revise corporate resolution in connection with officer removal (.3); emails with the Debtor and B. Prusak re the foregoing (.7); call with Debtor team to discuss bankruptcy filing and related issues (.9); revisions to petition, and related documents for bankruptcy filings (.8); review email with US Trustee re filing (.1); review and follow up re budget (.4). | 7.20 | 4,500.00 |
| 6/11/2020 | MMH | Review and comment re: pro hac papers. | 0.20 | 115.00 |
| | TAD | Review documents and comments with counsel at MNAT re preparing settlement motion documents, DIP financing documents and sale documents. | 0.70 | 437.50 |
| | AML | Review pro hac applications (.2) | 0.20 | 90.00 |
| 6/12/2020 | TAD | Review and follow up re pro hac retention documents. | 0.20 | 125.00 |
| 6/15/2020 | MMH | Review materials, attend to matters re: Motion to extend time to file schedules, proposed order (1.8); communications re DIP motion, lease rejection motion (.4). | 2.20 | 1,265.00 |
| | TAD | Review emails re filing Prusak declaration (.1); call with Debtor Team to discuss worklist and addressing action items (.7); communicate with Dan Motulsky re director agreement and engagement (.2); communicate with C. Reardon of Asgaard re status of matters in case (.3). | 1.30 | 812.50 |
| | TAD | Review and email with D. Butz re pro hac admission (.1); calls with Debtor professionals, assemble and provide list of EB-5 counsel to B. Prusak (.5); follow up with D. Motulsky re interviewing conflict's counsel (.1). | 0.70 | 437.50 |

Westerman Ball Ederer Miller Zucker & Sharfstein, LLP

Page    2

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/16/2020 | MMH | Attend to draft motion re extend time to file schedules, related pleadings (1.2); circulate materials re motion to reject leases (.8). | 2.00 | 1,150.00 |
| | TAD | Emails and follow up re motion to extend time to file schedules (.2). | 0.20 | 125.00 |
| 6/17/2020 | TAD | Review and revise motion to extend time to file schedules (.4); emails to Debtor and local counsel re finalizing same for filing (.2). | 0.60 | 375.00 |
| 6/24/2020 | MMH | Review and discuss docket filings, lift stay motion with Debtor. | 0.40 | 230.00 |
| 6/25/2020 | AML | Review motion to extend schedules (.10); email L.Gordon re: deadline to file schedules in KL2 (.20) | 0.30 | 135.00 |
| 6/26/2020 | AML | Call with Kalmar counsel re: forklift issues (.50); emails with B. Prusak re: same (.30); attention to emails with D. Butz and C. Reardon re: research related to same (.20) | 1.00 | 450.00 |

For professional services rendered    17.20    $10,247.50

Total amount of this bill    $10,247.50

Balance due    $10,247.50

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days

# WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 - Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To:  Creditor and Committee Communications
Invoice #     148727
Client No.    10096-001.11

For Professional Services:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/19/2020 | TAD | Call with R. Bernard (UCC) re matters concerning retention in case (.2); call with M. Freeman re same (.2); communications with potential candidates for conflicts counsel (.3); calls with N. Wasserstein re same (.4). | 1.10 | 687.50 |
| 6/25/2020 | MMH | Conference call with Debtor regarding case status, assets , appointment of committee, next steps. | 0.40 | 230.00 |
|  | TAD | Review notice of appointment of UCC and follow up with B. Prusak and Debtor re same (.2); email D. Motulsky re same (.1). | 0.30 | 187.50 |
| 6/30/2020 | TAD | Call with Eric Sutty, counsel for Committee, re case and status (.4); communicate with B. Prusak and debtor team re same (.4). | 0.80 | 500.00 |
|  |  | For professional services rendered | 2.60 | $1,605.00 |
|  |  | Total amount of this bill |  | $1,605.00 |
|  |  | Balance due |  | $1,605.00 |

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days

# WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 - Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To:  General Case Strategy
Invoice #     148728
Client No.    10096-001.12

For Professional Services:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/10/2020 | PSH | Daily status conference call with Debtor team. | 0.20 | 65.00 |
| 6/11/2020 | PSH | Participate on daily status conference call with Debtor team. | 0.40 | 130.00 |
| 6/12/2020 | MMH | Conference re status and next steps. | 0.50 | 287.50 |
|  | AML | Prepare for group status call and update work lists per same (.6); group status call (.7); update work list per same (.2); email group re: same (.1) | 1.60 | 720.00 |
|  | PSH | Daily status conference call with Debtor team. | 0.40 | 130.00 |
| 6/13/2020 | MMH | Conference with Debtor regarding status and next steps. | 0.80 | 460.00 |
| 6/15/2020 | PSH | Attend status conference call with Debtor team. | 0.70 | 227.50 |
| 6/17/2020 | TAD | Call with Debtor team to review worklist, tasks and status of all matters (.8); review emails with US Trustee about IDI and Section 341 meetings and follow up re same (.1). | 0.90 | 562.50 |
|  | AML | Daily status call (.80); review motion extending time to file schedules (.30) | 1.10 | 495.00 |
| 6/30/2020 | AML | Daily status call (.80); draft email to B. Prusak re: 401(k) (.50); meeting with TAD to discuss county issues and proposed lawyers call re: same (.30); email D. Butz, E. Schwartz and M. Duedall re: same (.20); emails with J. Hoffman re: Economic Development Agreement and deed (.30) | 2.10 | 945.00 |
|  |  | For professional services rendered | 8.70 | $4,022.50 |
|  |  | Total amount of this bill |  | $4,022.50 |

Westerman Ball Ederer Miller Zucker & Sharfstein, LLP                                    Page        2

Balance due                                                                                     $4,022.50

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days

# WESTERMAN BALL EDERER
# MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 - Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To:  Asset Analysis and Recovery
Invoice #    148729
Client No.    10096-001.13

For Professional Services:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/15/2020 | MMH | Discuss with CRO letters to landlords on apartment access and car lease issues. | 0.80 | 460.00 |
| 6/16/2020 | MMH | Conference with Debtor regarding status and next steps (.4); follow up re: letter to landlord for apartment access, related matters, communications with landlord (.8). | 1.20 | 690.00 |
|  | PSH | Attend status conference call with Debtor team (.5); review leases and draft access and surrender letters (1.7); phone calls and emails with MMH (.3); email with TD (.2). | 2.70 | 877.50 |
| 6/24/2020 | MMH | Follow up re case status, next steps (.2); confer with Colony landlord re furniture and appliances, update to CRO re same (.8). | 1.00 | 575.00 |
|  | AML | Emails with Kalmar's counsel  re: KL2 forklift issues (.20); follow-up emails with B. Prusak re: same (.20) | 0.40 | 180.00 |
|  | PSH | Review title and permitted exceptions (.5); discussion with DG (.3). | 0.80 | 260.00 |
| 6/25/2020 | TAD | Emails with Kolmer re Forklifts. | 0.10 | 62.50 |
| 6/26/2020 | MMH | Review and follow up re: NC property issues. | 0.40 | 230.00 |
|  | TAD | Review emails and follow up re Kalmar Forklifts and sale matters. | 0.30 | 187.50 |
| 6/29/2020 | MMH | Discussions with CRO regarding preparation of lease rejection motion, various issues re property and leases. | 0.60 | 345.00 |
| 6/30/2020 | TAD | Review emails from D. Butz, B. Pruzak and Kalmar's counsel re Forklifts and follow up re same. | 0.40 | 250.00 |
|  | JMH | Review development agreement (.5); emails TD regarding reverter (.3) | 0.80 | 476.00 |

Westerman Ball Ederer Miller Zucker & Sharfstein, LLP                                    Page        2

| | | |
|---|---|---|
| For professional services rendered | 9.50 | $4,593.50 |
| Total amount of this bill | | $4,593.50 |
| Balance due | | $4,593.50 |

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days