**EXHIBIT B**

**EXPENSE SUMMARY**

**KLAUSNER LUMBER TWO LLC**
**(Case No. 20-11518 (KBO))**

**June 10, 2020 through June 30, 2020**

# WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, New York 11556 – Tax I.D. No. 11-3460481
Telephone No. 516.622.9200  Facsimile No. 516.622.9212

Invoice submitted to:
Klausner Lumber Two LLC
Liquidating Trust
107 Millcreek Corners, Suite B
Brandon, MS 39047

Attn: David R. Black

September 21, 2020
In Reference To:  Operating Report
Invoice #    148730
Client No.   10096-001.14

| | |
|---|---:|
| Total amount of this bill | $0.00 |
| Balance due | $0.00 |

Disbursements incurred for which bills have not been received or have not been posted as of the date hereof will be billed in due course
Terms payable within 20 days