**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re Klausner Lumber Two LLC                                    Case No. 20-11518 (KBO)
Debtor                                                          Reporting Period: September 1 - 30, 2020

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | MOR-1a | | X | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | | | X |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4a | X | | |
|    Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____                    _____
Signature of Debtor                                Date


_____                    _____
Signature of Joint Debtor                          Date


/s/ Bob Prusak                                     October 20, 2020
Signature of Authorized Individual*                Date


Bob Prusak                                         Chief Restructuring Officer
Printed Name of Authorized Individual              Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

The last four digits of the Debtor's United States federal tax identification number are 4897.
The Debtor's mailing address is Klausner Lumber Two LLC, PO Box C, Redding Ridge, CT 06876.

**In re Klausner Lumber Two LLC**  Case No. 20-11518 (KBO)
Debtor  Reporting Period: September 1 - 30, 2020

# GENERAL NOTES

**Debtor-in-Possession Financial Statements**

The financial statements and supplemental information contained herein are unaudited, preliminary and may not comply with generally accepted accounting principles ("GAAP") in all material respects. In preparing the monthly operating report ( the "MOR"), the Debtor relied on financial data derived from its books and records that was available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such results, discovery, new information, or errors or omissions, the Debtor did not undertake any obligation or commitment to update the MOR.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position and cash flows of the Debtor in the future.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee.

**Liabilities Subject to Compromise**

As a result of the chapter 11 filing, the payment of prepetition indebtedness is subject to compromise or other treatment under a chapter 11 plan. The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan. Accordingly, the ultimate amount of such liabilities is not determinable at this time. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events.

**Reservation of Rights**

The Debtor reserves all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtor's rights or an admission with respect to this Chapter 11 case.

**In re Klausner Lumber Two LLC**  **Case No. 20-11518 (KBO)**
Debtor  Reporting Period: September 1 - 30, 2020

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
MOR-1

Amounts reported are per the debtor's books (not the bank statement).

|  | Bank Accounts | | | | Current Month | Cumulative To-Date |
|---|---|---|---|---|---|---|
|  | Operating | Utilities | Taxes | Other (a) | | |
| **Beginning Cash Balance** | 59,993 | 0 | 0 | 0 | 59,993 | 217,737 |
| **Receipts:** | | | | | | |
| DIP funding | 2,625,000 | | | | **2,625,000** | 2,625,000 |
| Asset Sales | 110,810 | | | | **110,810** | 110,810 |
| Bank transfer | | | | 0 | **0** | 217,737 |
| Other revenue | 0 | | | | **0** | 0 |
|  | 2,735,810 | 0 | 0 | 0 | **2,735,810** | **2,953,547** |
| **Disbursements:** | | | | | | |
| Insurance | 0 | | | | **0** | 31,403 |
| Director fees and expenses | 39,688 | | | | **39,688** | 123,438 |
| Taxes | 0 | | | | **0** | 0 |
| Bank transfer | 0 | | | | **0** | 217,737 |
| Administrative expenses | 267,214 | | | | **267,214** | 301,105 |
| Professional fees (b) | 2,091,800 | | | | **2,091,800** | 2,099,850 |
| Filing fees | 0 | | | | **0** | 0 |
| US Trustee quarterly fees | 0 | | | | **0** | 650 |
|  | 2,398,702 | 0 | 0 | 0 | **2,398,702** | **2,774,183** |
| **Cash - End of Month** | **397,101** | **0** | **0** | **0** | **397,101** | **397,101** |

(a) The debtor has closed or is in the process of closing the following pre-petition bank accounts:

Account Name
Wells Fargo - operating ending 0594      Account closed
Wells Fargo - payroll ending 1075        Account closed
EastWest Bank - ending 6177              Account closed

(b) Including amounts paid into the Professional Fee Escrow

| THE FOLLOWING SECTION MUST BE COMPLETED | |
|---|---|
| **TOTAL DISBURSEMENTS** | 2,398,702 |
|   LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
|   PLUS; ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e, from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING US TRUSTEE QUARTERLY FEES** | **2,398,702** |

**In re Klausner Lumber Two LLC**  **Case No. 20-11518 (KBO)**
Debtor                                Reporting Period: September 1 - 30, 2020

## BANK RECONCILIATIONS
MOR-1a

| Bank | Type Account | A/C # | Balance | |
|---|---|---|---:|---|
| EastWest Bank | Operating Account | X6205 | $ 401,913 | |
| EastWest Bank | Operating Account | X6177 | 0 | |
| EastWest Bank | Utilities Account | X6212 | 0 | |
| EastWest Bank | Taxes Account | X6219 | 0 | |
| Wells Fargo | Operating Account | X0594 | 0 | |
| Wells Fargo | Payroll Account | X1075 | 0 | |
| **Total Bank Balance** | | | **$ 401,913** | (1) |
| Add/Less: Reconciling Items | | | (4,812) | |
| **Book Balance** | | | **$ 397,101** | |

(1) Bank statements and reconciliations for all open and active bank accounts are retained by the Debtor and are available upon request by the United States Trustee's office.

**In re Klausner Lumber Two LLC**  
Debtor

**Case No. 20-11518 (KBO)**  
Reporting Period: September 1 - 30, 2020

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Cumulative Amount Paid Fees | Cumulative Amount Paid Expenses | |
|---|---|---|---|---|---|---|---|---|---|
| Asgaard Capital LLC | Jun10-Jun30, 2020 | 225,069.37 | Prof Escrow | 09/28/20 | 219,441.50 | 5,627.87 | | | |
| Asgaard Capital LLC | July, 2020 | 344,079.23 | Prof Escrow | 09/28/20 | 335,350.50 | 8,928.73 | | | |
| Asgaard Capital LLC | August, 2020 | 317,725.95 | Prof Escrow | 09/28/20 | 67,137.20 | 6,920.20 | | | (a) |
| Asgaard Capital LLC | Financing fee | 105,000.00 | Prof Escrow | 09/28/20 | 105,000.00 | | 726,929.20 | 21,476.80 | |
| | | | | | | | | | |
| Donlin Recano & Company Inc | June, 2020 | 5,796.19 | Wire | 08/18/20 | 5,796.19 | | | | |
| Donlin Recano & Company Inc | July, 2020 | 19,683.50 | Wire | 09/14/20 | 19,683.50 | | 25,479.69 | 0.00 | |

(a) Amount Paid is partial, as limited by escrowed amount at the time paid

**In re Klausner Lumber Two LLC**  Case No. 20-11518 (KBO)
Debtor  Reporting Period: September 1 - 30, 2020

## STATEMENT OF OPERATIONS
MOR-2

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---:|---:|
| Misc Income | $ - | $ - |
| Sale of Assets | $ 110,810 | $ 110,810 |
| Interest Income | | 0 |
| Net Revenue | $ 110,810 | $ 110,810 |
| **OPERATING EXPENSES** | | |
| Bank Fees | 138 | 505 |
| Director Fees | 39,688 | 123,438 |
| Dues & Subscriptions | | |
| Independent Contractors | 20,164 | 42,591 |
| Insurance Expense | | 31,403 |
| Misc expense | 900 | 14,841 |
| Other expenses | | |
| Equipment rental | | |
| Taxes | | |
| Utilities | | |
| Plant expenses | 2,316 | 2,456 |
| Total expenses | **63,206** | **215,234** |
| Net Profit (Loss) Before Reorganization Items | $ **47,604** | $ **(104,424)** |
| **REORGANIZATION ITEMS** | | |
| CRO Fees & Expenses | 445,966 | 1,340,544 |
| Professional fees | 642,968 | 1,573,702 |
| Filing fees | | |
| US Trustee Fees | 1,625 | 4,115 |
| Total Reorganization Items | **1,090,559** | **2,918,361** |
| **Net Profit (Loss)** | $ **(1,042,955)** | $ **(3,022,785)** |

**In re Klausner Lumber Two LLC**  Case No. 20-11518 (KBO)
Debtor  Reporting Period: September 1 - 30, 2020

# BALANCE SHEET
### MOR-3

| | As of September 30, 2020 | As of June 10, 2020 (Petition Date) |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| EastWest Bank - DIP | 397,101 | |
| EastWest Bank - Utilities | 0 | |
| EastWest Bank - Taxes | 0 | |
| EastWest Bank - Operating | 0 | 217,382 |
| Wells Fargo - operating | 0 | 349 |
| Wells Fargo - payroll | 0 | 6 |
| **Total Checking/Savings** | 397,101 | 217,737 |
| **Other Current Assets** | | |
| **Acc Receivable** | | |
| A/R - domestic | 21 | 21 |
| A/R - international | 101,278 | 101,278 |
| A/R - KTU | 1,070,917 | 1,070,917 |
| **Total Acc Receivable** | 1,172,216 | 1,172,216 |
| Due from KL-1 | 143,991 | 143,991 |
| Inventory - green lumber | 5,642 | 5,642 |
| Inventory - log wood (manual) | 231,547 | 231,547 |
| Inventory - debarked | 13,098 | 13,098 |
| Inventory - mfg supplies | 159,594 | 159,594 |
| Inventory - Log wood in bark | 23,034 | 23,034 |
| NetSpend Debit Card | 1,000 | 0 |
| Prepaid Expenses - other | 41,005 | 25,705 |
| Professional Fee Escrow Account | 1,323,710 | 0 |
| Retainer | 10,000 | 10,000 |
| **Total Other Current Assets** | 3,124,837 | 1,784,827 |
| **Total Current Assets** | 3,521,938 | 2,002,564 |
| **Other Assets** | | |
| **Accumulated Depreciation - F/A** | | |
| Accum Depr - buildings | (260) | (260) |
| AccumDepr - Tech Equip | (10,603) | (10,603) |
| **Total Accumulated Depreciation - F/A** | (10,863) | (10,863) |
| Buildings | 61,064,116 | 61,064,116 |
| **Land and Improvements** | | |
| Land of own built-up land | 1,729,276 | 1,729,276 |
| Land improvements | 8,807,037 | 8,807,037 |
| **Total Land and Improvements** | 10,536,313 | 10,536,313 |
| **Machinery & Equipment** | | |
| Factory and office equipment | 4,708,600 | 4,708,600 |
| Fixed assets under construction | 3,483,592 | 3,483,592 |
| Plant & Machinery | 99,988,378 | 99,988,378 |
| **Total Machinery & Equipment** | 108,180,570 | 108,180,570 |
| **Other Assets** | | |
| Loan Klausner NMTC LLC | 12,140,055 | 12,140,055 |
| Security Deposits | 1,200 | 1,200 |
| **Total Other Assets** | 12,141,255 | 12,141,255 |
| **Total Other Assets** | 191,911,391 | 191,911,391 |
| **TOTAL ASSETS** | **195,433,329** | **193,913,955** |

**In re Klausner Lumber Two LLC**  
Debtor

**Case No. 20-11518 (KBO)**  
Reporting Period: September 1 - 30, 2020

# BALANCE SHEET
**MOR-3**

| | As of September 30, 2020 | As of June 10, 2020 (Petition Date) |
|---|---:|---:|
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Other Current Liabilities** | | |
| Accounts Payable | 1,343 | 0 |
| Accrued expenses | 1,906,571 | 0 |
| Notes Payable - DIP | 2,625,000 | 0 |
| Total Other Current Liabilities | 4,532,914 | 0 |
| **Total Current Liabilities** | 4,532,914 | 0 |
| **Long Term Liabilities** | | |
| Liabilities subj to compromise | 181,200,951 | 181,190,951 |
| **Total Long Term Liabilities** | 181,200,951 | 181,190,951 |
| **Total Liabilities** | 185,733,865 | 181,190,951 |
| **Equity** | | |
| Retained Earnings - Beginning | 12,485,622 | 12,485,622 |
| Net Income | (2,786,158) | 237,382 |
| **Total Equity** | 9,699,464 | 12,723,004 |
| **TOTAL LIABILITIES & EQUITY** | **195,433,329** | **193,913,955** |

**In re Klausner Lumber Two LLC**  Case No. 20-11518 (KBO)
Debtor  Reporting Period: September 1 - 30, 2020

# CERTIFICATION REGARDING CASH DISBURSEMENTS AND COMPLIANCE AND PAYMENT OF POSTPETITON TAXES

I Bob Prusak, Chief Restructuring Officer of Klausner Lumber Two LLC (the "Debtor"), hereby certify as follows:

To the best of my knowledge and belief, the Debtor has filed all necessary tax returns and is current on all post-petition taxes, or is in the process of remediating any immaterial late filing or payments.

By: */s/ Bob Prusak*
  Bob Prusak

October 20, 2020

**In re Klausner Lumber Two LLC**  
Debtor

**Case No. 20-11518 (KBO)**  
**Reporting Period: September 1 - 30, 2020**

## SUMMARY OF UNPAID POSTPETITION DEBTS
MOR-4a

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 1,343 |  |  |  |  | 1,343 |
| **Total Postpetition Debts** | $ 1,343 | $ - | $ - | $ - | $ - | $ 1,343 |

FORM MOR-4  
(04/07)

**In re Klausner Lumber Two LLC**              **Case No. 20-11518 (KBO)**
Debtor              Reporting Period: September 1 - 30, 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING
MOR-5

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | $ 1,172,216 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | $ 1,172,216 |

| Accounts Receivable Aging | Amount |
|---|---:|
| 0 - 30 days old | $ - |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 1,172,216 |
| Total Accounts Receivable | 1,172,216 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | $ 1,172,216 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)