**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re<br><br>KLAUSNER LUMBER TWO LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 20-11518 (KBO)<br><br>**Re: D.I. 305** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST MONTHLY
APPLICATION OF DONLIN, RECANO & COMPANY, INC., FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS ADMINISTRATIVE ADVISOR TO THE
DEBTOR FOR THE PERIOD JULY 8, 2020 THROUGH JULY 31, 2020**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the *First Monthly Application of Donlin, Recano & Company, Inc., for Compensation for Services Rendered and Reimbursement of Expenses as Admnistrative Advisor to the Debtor for the Period July 8, 2020 Through July 31, 2020* [D.I. 305] (the "Application"), filed on October 12, 2020.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than November 3, 2020 at 4:00 p.m. (ET) (the "Objection Deadline").

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [D.I. 235] entered on September 14, 2020, the Debtor is authorized to pay the amount indicated below.

---

[1] The last four digits of the Debtor's EIN are 4897. The Debtor's mailing address is P.O. Box C, Redding Ridge CT, 06876.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $15,815.00 | $0.00 | $12,652.00 | $12,652.00 |

WHEREFORE, Donlin, Recano & Company, Inc. respectfully requests that the Application be approved.

Dated: November 4, 2020
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Nader A. Amer*
Robert J. Dehney (No. 3578)
Eric D. Schwartz (No. 3134)
Daniel B. Butz (Bar No. 4227)
Nader A. Amer (Bar No. 6635)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email: dbutz@mnat.com
         namer@mnat.com

- and -

**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**
Thomas A. Draghi (admitted *pro hac vice*)
Alison M. Ladd (admitted *pro hac vice*)
1201 RXR Plaza
Uniondale, NY 11556
Tel: 516-622-9200
Email: tdraghi@westermanllp.com
         aladd@westermanllp.com

*Counsel for Debtor and Debtor in Possession*