**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| **KLAUSNER LUMBER TWO LLC,** | **Chapter 11** |
| **Debtor**.[1] | **Case No. 20-11518 (KBO)** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                    ) ss:
COUNTY OF KINGS       )

I, Sung Kim, declare:

1.  I am over the age of 18 years and not a party to this chapter 11 case.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 29th day of October, 2020, DRC, acting under my supervision, caused to be served the following:

    a.  *Application of the Debtor for Order Authorizing the Retention and Employment of McCausland Keen + Buckman as Intellectual Property Counsel Nunc Pro Tunc to August 9, 2020* (Docket No. 284); and

    b.  *Supplemental Declaration of Christopher F. Wright in Support of the Debtor's Application for Entry of an Order Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of McCausland Keen + Buckman as Intellectual Property Counsel for the Debtor Nunc Pro Tunc to August 9, 2020* (Docket No. 364),

    to be served via electronic mail upon the parties as set forth on Exhibit 1; and via US First Class mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The last four digits of the Debtor's EIN is 4897. The Debtor's mailing address is P.O. Box C, Redding Ridge, CT 06876.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 3rd day of November, 2020, Brooklyn, New York.

By _Sung Jae Kim_
Sung Kim

Sworn before me this
3rd day of November, 2020

_John Burlacu_
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

**<u>EXHIBIT 1</u>**

## Klausner Lumber Two LLC
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000043P001-1450S-097<br>360 FOREST PRODUCTS INC<br>LARRY C BATCHELOR BUYER<br>PO BOX 157<br>WALLACE NC 28466<br>LBATCHELOR@360FORESTPRODUCTS.COM | 000043P001-1450S-097<br>360 FOREST PRODUCTS INC<br>LARRY C BATCHELOR BUYER<br>PO BOX 157<br>WALLACE NC 28466<br>WEBUYTIMBER@360FORESTPRODUCTS.COM | 000063P001-1450S-097<br>BILLION LAW<br>MARK M BILLION,ESQ<br>1073 S GOVERNORS AVE<br>DOVER DE 19904<br>MARKBILLION@BILLIONLAW.COM | 000055P001-1450S-097<br>CARLTON FIELDS PA<br>JOHN J LAMOUREUX,ESQ<br>4221 WEST BOY SCOUT BLVD, 10TH FLOOR<br>TAMPA FL 33607-5780<br>JLAMOUREUX@CARLTONFIELDS.COM |
| 000017P001-1450S-097<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000011P001-1450S-097<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A FRAMPTON<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US | 000007P001-1450S-097<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000058P001-1450S-097<br>ELLIOTT GREENLEAF PC<br>ERIC M SUTTY,ESQ<br>1105 N MARKET ST.,STE 1700<br>WILMINGTON DE 19801<br>EMS@ELLIOTTGREENLEAF.COM |
| 000058P001-1450S-097<br>ELLIOTT GREENLEAF PC<br>ERIC M SUTTY,ESQ<br>1105 N MARKET ST.,STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM | 000060P001-1450S-097<br>EVANS STARRETT PLC<br>K STEWART EVANS JR.,ESQ<br>10201 FAIRFAX BLVD STE 525<br>FAIRFAX VA 22030<br>STEWART@EVANSSTARRETT.COM | 000037P002-1450S-097<br>GREENLINE CDF SUBFUND XXIX LLC<br>NATHAN PERRY<br>1324 15TH ST<br>DENVER CO 80202<br>PATRICK.VAHEY@GREENLINEVENTURES.COM | 000037P001-1450S-097<br>GREENLINE CDF SUBFUND XXIX LLC<br>NATHAN PERRY<br>1324 15TH ST<br>DENVER CO 80202<br>NPERRY@GREENLINEVENTURES.COM |
| 000027P001-1450S-097<br>GREENLINE CDF SUBFUND XXXIV LLC<br>PATRICK VAHEY PRESIDENT<br>1324 15TH ST<br>DENVER CO 80202<br>PATRICK.VAHEY@GREENLINEVENTURES.COM | 000047P001-1450S-097<br>HREADY<br>NATINE RASTELI CEO<br>9871 SW 66TH ST<br>MIAMI FL 33173<br>NADINE@HREADYNOW.COM | 000065P001-1450S-097<br>J C WHITE LAW GROUP PLLC<br>JAMES C WHITE,ESQ<br>100 EUROPA DRIVE STE 401<br>CHAPEL HILL NC 27517<br>JWHITE@JCWHITELAW.COM | 000061P002-1450S-097<br>JAMES B MOLONEY,ESQ<br>118 AMBER ST<br>BEACH HAVEN NJ 08008<br>MOLONEYWBC@CS.COM |
| 000024P002-1450S-097<br>KHT KLAUSNER HOLZ THURINGEN GMBH<br>MICHAEL ALMBERGER GESCHAFTSFUHRUNG<br>AM NEUGRUND 39<br>KIEFERSFELDEN 83088<br>GERMANY<br>MICHAEL.ALMBERGER@KLAUSNER-GROUP.COM | 000033P001-1450S-097<br>KLAUSNER HOLZ SACHSEN GMBH<br>MICHAEL ALMBERGER GESCHAFTSFUHRUNG<br>AM NEUGRUND 39<br>KIEFERSFELDEN 83088<br>GERMANY<br>MICHAEL.ALMBERGER@KLAUSNER-GROUP.COM | 000025P002-1450S-097<br>KLAUSNER TRADING INTERNATIONAL GMBH<br>MICHAEL ALMBERGER GESCHAFTSFUHRUNG<br>BAHNHOFSTRABE 13<br>OBERNDORF IN TIROL T 6372<br>AUSTRIA<br>MICHAEL.ALMBERGER@KLAUSNER-GROUP.COM | 000064P001-1450S-097<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>DOMENIC E PACITTI;RICHARD M BECK<br>919 MARKET ST.,STE 1000<br>WILMINGTON DE 19801<br>DPACITTI@KLEHR.COM |
| 000064P001-1450S-097<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>DOMENIC E PACITTI;RICHARD M BECK<br>919 MARKET ST.,STE 1000<br>WILMINGTON DE 19801<br>RBECK@KLEHR.COM | 000059P001-1450S-097<br>LAW OFFICE OF CURTIS A HEHN<br>CURTIS A HEHN<br>1007 N ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801<br>CURTISHEHN@COMCAST.NET | 000042P002-1450S-097<br>LSAB PRODUKTION AB<br>ASA WALL CFO HANS EKHOLM CEO<br>REPSLAGAREGATAN 21<br>LAHOM 312 32<br>SWEDEN<br>ASA.WALL@LSAB.SE | 000042P002-1450S-097<br>LSAB PRODUKTION AB<br>ASA WALL CFO HANS EKHOLM CEO<br>REPSLAGAREGATAN 21<br>LAHOM 312 32<br>SWEDEN<br>HANS.EKHOLM@LSAB.SE |

## Klausner Lumber Two LLC
## Electronic Mail
## Exhibit Pages

10/29/2020 05:50:51 PM

| | | | |
|---|---|---|---|
| 000054P001-1450S-097<br>LSAB SVERIGE FORSALNING AB<br>ASA WALL<br>SVINOHED 415 776<br>415 LANGSHYTTAN<br>SWEDEN<br>ASA.WALL@LSAB.SE | 000026P002-1450S-097<br>MAHILD DRYING TECHNOLOGIES GMBH<br>MEISENWEG 1<br>NURTINGEN 72622<br>GERMANY<br>INFO@MAHILD.COM | 000051P001-1450S-097<br>MSC INDUSTRIAL SUPPLY<br>ERIK GERSHWIND PRESIDENT AND CEO<br>525 HARBOUR PL DR<br>DAVIDSON NC 28036<br>GERSHWINDE@MSCDIRECT.COM | 000006P001-1450S-097<br>OFFICE OF THE US TRUSTEE<br>ROSA SIERRA<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>ROSA.SIERRA@USDOJ.GOV |
| 000021P001-1450S-097<br>PARKER POE ADAMS & BERNSTEIN LLP<br>BRIAN D DARER,ESQ<br>PNC PLAZA<br>301 FAYETTEVILLE ST.,STE 1400<br>RALEIGH NC 27601<br>BRIANDARER@PARKERPOE.COM | 000023P001-1450S-097<br>PIEDMONT NATURAL GAS<br>THOMAS E SKAINS CEO<br>PO BOX 660920<br>DALLAS TX 75266-0920<br>GASSERVICES@PIEDMONTNG.COM | 000044P001-1450S-097<br>R AND R BETH GMBH<br>GEWERBEGEBIET UNTERLEMITZ 7<br>BAD LOBENSTEIN 7356<br>GERMANY<br>INFO@RR-BETH.COM | 000044P001-1450S-097<br>R AND R BETH GMBH<br>GEWERBEGEBIET UNTERLEMITZ 7<br>BAD LOBENSTEIN 7356<br>GERMANY<br>OFFICEUSA@RR-BETH.COM |
| 000039P001-1450S-097<br>RAYEN INTEC GMBH<br>AM HOHEN UFER 4<br>SAALFED 7318<br>GERMANY<br>INFO@RAYEN-INTEC.DE | 000052P001-1450S-097<br>SAUL EWING ARNSTEIN & LEHR LLP<br>STEVEN C REINGOLD<br>131 DARTMOUTH ST.<br>BOSTON MA 02116<br>STEVEN.REINGOLD@SAUL.COM | 000019P001-1450S-097<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000020P001-1450S-097<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV |
| 000040P001-1450S-097<br>TKM GMBH<br>IN DER FLEUTE 18<br>REMSCHEID 42897<br>GERMANY<br>INFO@TKMGROUP.COM | 000008P001-1450S-097<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000028P002-1450S-097<br>VSC FIRE AND SECURITY INC 1<br>FRITZ A MEHLER<br>10343-B KINGS ACRES RD<br>ASHLAND VA 23005<br>CONTACT@FIREPROTECTIONRICHMOND.COM | 000028P001-1450S-097<br>VSC FIRE AND SECURITY INC 1<br>FRITZ A MEHLER<br>10343-B KINGS ACRES RD<br>ASHLAND VA 23005<br>FMEHLER@VSCFIRE.COM |
| 000030P001-1450S-097<br>WELLS FARGO EQUIPMENT FINANCE INC<br>PATRICK VAHEY PRESIDENT JIM HERON SVP<br>733 MARQUETTE AVE<br>STE 700<br>MINNEAPOLIS MN 55402<br>PATRICK.VAHEY@GREENLINEVENTURES.COM | 000022P001-1450S-097<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; SHANE M REIL<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>BANKFILINGS@YCST.COM | 000022P001-1450S-097<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; SHANE M REIL<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>JBARRY@YCST.COM | 000022P001-1450S-097<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; SHANE M REIL<br>RODNEY SQUARE<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>SREIL@YCST.COM |

Records Printed : **44**

**<u>EXHIBIT 2</u>**

# Klausner Lumber Two LLC
## Exhibit Page

| | | | |
|---|---|---|---|
| 000048P001-1450S-097<br>AA ELECTRIC SE INC<br>GREG PETERSON VP OPERATIONS<br>2011 S COMBEE RD<br>LAKELAND FL 33801 | 000016P001-1450S-097<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000038P001-1450S-097<br>D AND T PROCESS OPTMIZATION<br>2987 STALLINGS RD<br>VALDOSTA GA 31605 | 000009P001-1450S-097<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 |
| 000010P001-1450S-097<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000029P001-1450S-097<br>ELEKTRO FISHER USA LP<br>1900 INTERNATIONAL PK DR<br>BIRMINGHAM AL 35243 | 000012P001-1450S-097<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000036P001-1450S-097<br>GREGORY POOLE EQUIPMENT CO<br>KATHY MORRIS CFO<br>4807 BERYL RD<br>CHARLOTTE NC 27606 |
| 000035P001-1450S-097<br>HALIFAX ELECTRIC MEMBERSHIP CORP<br>ARMSTRONG LAW PLLC<br>H LAWRENCE ARMSTRONG JR<br>119 WHITFIELD ST<br>PO BOX 187<br>ENFIELD NC 27823 | 000034P001-1450S-097<br>HARRY HOUSE SECURITY SVC<br>HARRY ALLEN HOUSE III<br>PO BOX 1269<br>ROANOKE RAPIDS NC 27870 | 000004P001-1450S-097<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000005P001-1450S-097<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 000031P001-1450S-097<br>K AND L GATES LLP<br>JAMES SEGERHAHL MANAGING PARTNER<br>200 SOUTH BISCAYNE BLVD<br>STE 3900<br>MIAMI FL 33131 | 000032P001-1450S-097<br>KUEHNE AND NAGEL<br>MARKUS BLANKAGRAFF CFO<br>PO BOX 7247 LOCKBOX 7992<br>PHILADELPHIA PA 19170 | 000013P001-1450S-097<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000006P001-1450S-097<br>OFFICE OF THE US TRUSTEE<br>ROSA SIERRA<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 |
| 000049P001-1450S-097<br>OHANA TREE HOLDINGS<br>5702 PLANK RD<br>DILLWYN VA 23936 | 000050P001-1450S-097<br>REA ELEKTRONIK INC<br>RAY TURCHI PRESIDENT<br>7307 YOUNG DR<br>STE B<br>BEDFORD OH 44146 | 000018P001-1450S-097<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE  BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000015P001-1450S-097<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GDN ST<br>PHILADELPHIA PA 19123 |
| 000045P001-1450S-097<br>SOUTHEAST INDUSTRIAL EQUIPMENT INC<br>ROBERT DUNLAP CFO<br>12200 STEELE CREEK RD<br>CHARLOTTE NC 28273 | 000046P001-1450S-097<br>SUNBELT RENTALS INC<br>ROD SAMPLES CFO<br>2341 DEERFIELD DR<br>FORT MILL SC 29715 | 000041P001-1450S-097<br>UHC PREMIUM BILLING UNITED HEALTHCARE<br>TOM ROOS CHIEF ACCOUNTING OFFICER<br>PO BOX 94017<br>PALATINE IL 60094-4017 | 000014P001-1450S-097<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 |

Records Printed :  **24**