# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>KLAUSNER LUMBER TWO LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 20-11518-KBO |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON NOVEMBER 9, 2020 AT 10:00 A.M. (EASTERN TIME)

> This hearing will be held telephonically via CourtCall. **All** parties wishing to appear must do so telephonically by contacting CourtCall, LLC at 866-582-6878[2].
>
> Topic: Klausner Lumber Two LLC 20-11518 (KBO)
> Time: November 9, 2020 10:00 AM Eastern Time (US and Canada)

MATTERS GOING FORWARD

1. Motion of the Debtor Pursuant to Bankruptcy Rule 9019, Local Rule 9013-1 and 11 U.S.C. §§ 105(a) and 363(b), for Entry of an Order Authorizing the Settlement with the County (D.I. 95, filed 7/28/20).

    Objection Deadline: August 11, 2020 at 4:00 p.m. (ET); extended to August 13, 2020 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors and Carolina Sawmills, LP

    Responses Received:

    a. Carolina Sawmills, L.P.'s Objection to the Motion of the Debtor Pursuant to Bankruptcy Rule 9019, Local Rule 9013-1 and 11 U.S.C. Secs. 105(a) and 363(b), for Entry of an Order Authorizing the Settlement with the County [Docket No. 95] (D.I. 127, filed 8/13/20).

---

[1] The last four digits of the Debtor's EIN is 4897. The Debtor's mailing address is P.O. Box C, Redding Ridge CT, 06876

[2] The Court will use CourtCall for audio during the hearing. Any party that wants to participate in the hearing must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946). If you do not make timely arrangements, you may not be able to participate in the Hearing.

Related Pleadings:

    a.    The Official Committee of Unsecured Creditors' Statement in Support of the Motion of the Debtor Pursuant to Bankruptcy Rule 9019, Local Rule 9013-1 and 11 U.S.C. §§ 105(a) and 363(b), for Entry of an Order Authorizing the Settlement With the County (D.I. 123, filed 8/11/20);

    b.    The Debtor's Reply in Support of the Motion of the Debtor Pursuant to Bankruptcy Rule 9019, Local Rule 9013-1 and 11 U.S.C. §§ 105(a) And 363(b), for Entry of an Order Authorizing the Settlement with the County (D.I. 318, filed 10/16/20);

    c.    Exhibit C to The Debtor's Reply in Support of the Motion of the Debtor Pursuant to Bankruptcy Rule 9019, Local Rule 9013-1 and 11 U.S.C. §§ 105(a) And 363(b), for Entry of an Order Authorizing the Settlement with the County (D.I. 320, filed 10/16/20).

    d.    Certification of Counsel Regarding (I) Proposed Order Approving Settlement with Halifax County, (II) Proposed Further Order Approving DIP Financing, and (III) Proposed Settlement of objections of Carolina Sawmills, L.P. (D.I. TBD, filed TBD)

Status: The parties are in the process of finalizing a settlement and will submit a revised order under certification of counsel prior to the hearing.

2.    Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Obtain Post-Petition Financing, Granting Senior Post-Petition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief (D.I. 130, filed 8/13/20).

Objection Deadline: August 27, 2020, at 4:00 p.m. (ET).

Responses Received:

    a.    Carolina Sawmills, L.P.'s Objection to Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Obtain Post-Petition Financing, Granting Senior Post-Petition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Dokcet No. 130] (D.I. 173, filed 8/27/20);

    b.    Exhibits to Carolina Sawmills, L.P.'S Objection to Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Obtain Post-Petition Financing, Granting Senior Post-Petition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code,

|   |   |
|---|---|
|   | (II) Authorizing the Use of Cash Collateral, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 173] (D.I. 174, filed 8/28/20); |
| c. | Exhibit I to Carolina Sawmills, L.P.'S Objection to Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Obtain Post-Petition Financing, Granting Senior Post-Petition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 173] (D.I. 175, filed 8/28/20); and |

Related Pleadings:

|   |   |
|---|---|
| a. | Order Shortening Notice of Hearing on the Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Obtain Postpetition Financing, Granting Senior Post-Petition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief (D.I. 133, filed 8/14/20); |
| b. | Notice of Filing of Revised Proposed Form of Order (I) Authorizing the Debtor to Obtain Post-Petition Financing, Granting Senior Post-Petition Security Interests and According Superpriority Administrative Expense Status Pursuant Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief (D.I. 149, filed 8/19/20); |
| c. | Declaration of Daniel T. Motulsky (D.I. 168, filed 8/26/20); |
| d. | Declaration of Leopold Stephan (D.I. 169, filed 8/27/20); |
| e. | Declaration of J.T. Atkins in Further Support of The Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Obtain Post-Petition Financing, Granting Senior Post-Petition Security Interest and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, and (III) Granting Related Relief (D.I. 176, filed 8/28/20); |
| f. | Supplemental Declaration of Robert Prusak In Support of DIP Financing (D.I. 182, filed 8/30/20); |
| g. | Reply in Support of Its Motion for Entry of an Order (I) Authorizing the Debtor to Obtain Post-petition Financing, Granting Senior Post-Petition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Modifying the Automatic Stay (IV) Granting Related Relief (D.I. 183, filed 8/30/20); |

h. Supplemental Declaration of Leopold Stephan (D.I. 315, filed 10/15/20).

i. Debtor's Supplemental Reply in Support of its Motion for Entry of an Order (I) Authorizing the Debtor to Obtain Post-Petition Financing, Granting Senior Post-Petition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(C) and 364(D) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief (D.I. 319, filed 10/16/20);

j. Exhibits C and D to Debtor's Supplemental Reply in Support of its Motion for Entry of an Order (I) Authorizing the Debtor to Obtain Post-Petition Financing, Granting Senior Post-Petition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(C) and 364(D) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief (D.I. 322; filed 10/16/20);

k. Notice of Filing of Revised Proposed Order & Budget (D.I. 327, filed 10/19/20).

l. Certification of Counsel Regarding (I) Proposed Order Approving Settlement with Halifax County, (II) Proposed Further Order Approving DIP Financing, and (III) Proposed Settlement of objections of Carolina Sawmills, L.P. (D.I. TBD, filed TBD)

Status: The parties are in the process of finalizing a settlement and will submit a revised order under certification of counsel prior to the hearing.

Dated: November 4, 2020  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Nader A. Amer*  
Robert J. Dehney (No. 3578)  
Eric D. Schwartz (No. 3134)  
Daniel B. Butz (Bar No. 4227)  
Nader A. Amer (Bar No. 6635)  
1201 North Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989  
Email: dbutz@mnat.com  
namer@mnat.com

- and -

**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

Thomas A. Draghi (admitted *pro hac vice*)
Alison M. Ladd (admitted *pro hac vice*)
1201 RXR Plaza
Uniondale, NY 11556
Tel: 516-622-9200
tdraghi@westermanllp.com
aladd@westermanllp.com

*Counsel for Klausner Lumber Two LLC*